UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOREDINCLASS, LLC, | |
|     PLAINTIFF, | |
| V. | CASE NO.: 1:25-CV-06691 |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
|     DEFENDANTS. | FILED UNDER SEAL |

# EXHIBIT 1 TO THE COMPLAINT



# 500 Level

| | |
|---|---|
| **Reg. No. 4,558,260** | BOREDINCLASS, LLC (INDIANA LIMITED LIABILITY COMPANY), DBA 500 LEVEL |
| **Registered July 1, 2014** | 700 E. FRANCISCAN DRIVE<br>CROWN POINT, IN 46307 |
| **Int. Cl.: 25** | FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| | FIRST USE 12-12-2011; IN COMMERCE 9-12-2012. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-762,656, FILED 10-24-2012. |
| | WANDA KAY PRICE, EXAMINING ATTORNEY |



Deputy Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# 500 LEVEL

**Reg. No. 7,806,410**
**Registered May 27, 2025**
**Int. Cl.: 9, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

BOREDINCLASS LLC (INDIANA LIMITED LIABILITY COMPANY)
1067 Cherry St
Winnetka, ILLINOIS 60093

CLASS 9: Magnetically encoded gift cards

FIRST USE 11-1-2018; IN COMMERCE 11-1-2018

CLASS 25: Athletic shirts; Baby bodysuits; Crew necks; Golf caps; Hats; Headwear; Hooded sweatshirts; Long-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts; Short-sleeve shirts; Sports shirts; Sweatshirts; Tank tops; Tee shirts; all of the foregoing excluding denim, and exclusively for promotional use in connection with a sports merchandise business

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

CLASS 35: Online retail store services featuring clothing, headgear, and gift cards, excluding in connection with denim, and exclusively in connection with a sports merchandising business

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4558260

SER. NO. 98-419,544, FILED 02-24-2024



*[signature]*
Acting Director of the United States Patent and Trademark Office

